*E-FILED: October 5, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY STEVEN AMADOR,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE; CHIEF OF POLICE CHRIS MOORE; SARGENT DAVID MOODY and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | No. C11-02374 HRL<br><br>**ORDER VACATING MOTION HEARING, FINAL PRETRIAL CONFERENCE AND TRIAL** |

Plaintiff's motion for leave to file an amended complaint (Dkt. No. 31) is deemed suitable for determination without oral argument, and the October 9, 2012 motion hearing is vacated. CIV. L.R. 7-1(b). Additionally, the currently scheduled final pretrial conference and trial dates are vacated pending resolution of the parties' pending motions.

Dated: October 5, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-02374-HRL Notice has been electronically mailed to:

2  Carlo L Miranda    cmiranda106@gmail.com

3  George G. Benetatos    BenetatosLaw@gmail.com

4  John Gregory Downing    john@downinglaw.com

5  Luan Thien Le    llesf@aol.com

6  Richard D. North    cao.main@sanjoseca.gov, richard.north@sanjoseca.gov

7  Shannon Smyth-Mendoza    cao.main@sanjoseca.gov, shannon.smyth-mendoza@sanjoseca.gov