*E-FILED: October 5, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY STEVEN AMADOR, | No. C11-02374 HRL |
| Plaintiff, | **ORDER VACATING MOTION HEARING, FINAL PRETRIAL CONFERENCE AND TRIAL** |
| v. | |
| CITY OF SAN JOSE; CHIEF OF POLICE CHRIS MOORE; SARGENT DAVID MOODY and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff's motion for leave to file an amended complaint (Dkt. No. 31) is deemed suitable for determination without oral argument, and the October 9, 2012 motion hearing is vacated. CIV. L.R. 7-1(b). Additionally, the currently scheduled final pretrial conference and trial dates are vacated pending resolution of the parties' pending motions.

Dated: October 5, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-02374-HRL Notice has been electronically mailed to:

Carlo L Miranda     cmiranda106@gmail.com

George G. Benetatos     BenetatosLaw@gmail.com

John Gregory Downing     john@downinglaw.com

Luan Thien Le     llesf@aol.com

Richard D. North     cao.main@sanjoseca.gov, richard.north@sanjoseca.gov

Shannon Smyth-Mendoza     cao.main@sanjoseca.gov, shannon.smyth-mendoza@sanjoseca.gov