UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY STEVEN AMADOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIGUEL FLORES,<br><br>　　　　Defendant. | Case No.  5:11-cv-02374 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

　　　　The court having been informed that this case has settled, all previously scheduled deadlines and appearances are vacated.

　　　　**On or before June 13, 2014**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **June 24, 2014, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **June 17, 2014**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

1   statement in response to this Order.

2   **SO ORDERED**.

3   Dated:   May 12, 2014

4   _____
    HOWARD R. LLOYD
5   UNITED STATES MAGISTRATE JUDGE

5:11-cv-02374-HRL Notice has been electronically mailed to:

Carlo L Miranda    cmiranda106@gmail.com

George G. Benetatos    BenetatosLaw@gmail.com

John Gregory Downing    john@downinglaw.com

Luan Thien Le    llesf@aol.com

Richard D. North    cao.main@sanjoseca.gov, richard.north@sanjoseca.gov

Shannon Smyth-Mendoza    cao.main@sanjoseca.gov, shannon.smyth-mendoza@sanjoseca.gov